## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR394 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANGELA LYNN WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Angela Lynn White (White) (Filing No. 32). Mr. Thomas represents he has a conflict of interest in this matter. Mr. Thomas's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 32) is granted.

Daniel R. Stockmann, 1411 Harney Street, #200, Omaha, NE 68102, (402) 346-7367, is appointed to represent White for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Thomas shall forthwith provide Mr. Stockmann with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to White's defense.

The clerk shall provide a copy of this order to Mr. Stockmann, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge